UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | 5:03-CR-16 |
| | § | 5:03-CR-17 |
| CLIFFORD LEE | § | |

**MEMORANDUM ORDER**

The above-entitled and numbered criminal actions were heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Reports of the Magistrate Judge which contain her proposed findings of fact and recommendations for the disposition of such action have been presented for consideration. The parties were informed of the right to file objections to the recommendations as set forth in the Magistrate Judge's Reports. The parties waived their objections.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the allegations as set forth in the Government's petitions is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon Defendant's plea of true to the allegations, the Court finds Defendant violated his conditions of supervised release as alleged in the U.S. Probation Office's petitions. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months in case numbers 5:03CR16 and 5:03CR17, to run concurrently with each other as well as state case numbers 09F0010-102 and 090F0011-102, with

no term of supervised release to follow such term of imprisonment. It is further

**ORDERED** that Defendant is given 365 days credit for time served in state case numbers 09F0010-102 and 090F0011-102 beginning on May 29, 2008, the date of his original arrest.

**SIGNED this 28th day of September, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE